```
Damien Brower, SBN: 171119
City Attorney
CITY OF BRENTWOOD
708 Third Street
Brentwood, CA 94513
Telephone:  (925) 516-5440
Facsimile:   (925) 516-5441
dbrower@ci.brentwood.ca.us

Rick W. Jarvis, SBN: 154479
Benjamin P. Fay, SBN: 178856
JARVIS, FAY & DOPORTO, LLP
475 - 14th Street, Suite 260
Oakland, CA 94612
Telephone:  (510) 238-1400
Facsimile:   (510) 238-1404
rjarvis@jarvisfay.com
bfay@jarvisfay.com

Attorneys for Respondent and Defendant
CITY OF BRENTWOOD
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BAILEY NEFF, MINNESOTA RENTALS, INC., <br><br> Petitioners and Plaintiffs, <br><br> v. <br><br> CITY OF BRENTWOOD, and DOES I-XX, <br><br> Respondents and Defendants. | CASE NO:   C 07-02907 MEJ <br><br> **STIPULATION TO EXTEND TIME TO FILE ANSWER** <br><br> Action Filed: May 7, 2007 <br> Trial Date: None Set |

Respondent and Defendant CITY OF BRENTWOOD ("Respondent") and Petitioners and Plaintiffs D. BAILEY NEFF and MINNESOTA RENTALS, INC ("Petitioners") by and through their attorneys of record hereby stipulate, under Local Rule 6-1(a), to extend by 14 days the time by which the Respondent must file its answer to the Petitioners' "Verified Petition for Writ of Mandate; Complaint for Inverse Condemnation." The Respondent's answer will therefore now be due June 26, 2007.

1  IT IS SO STIPULATED.

2

3  Dated: June 7, 2007                    JARVIS, FAY & DOPORTO, LLP

4

5                                         By:   /s/Benjamin P. Fay
                                                Benjamin P. Fay
                                           Attorneys for Respondent and Defendant
6                                          CITY OF BRENTWOOD

7

8  Dated: June 7, 2007                    MORGAN MILLER BLAIR

9

10                                        By:   /s/Daniel A. Muller
                                                Daniel A. Muller
11                                         Attorneys for Petitioners and Plaintiffs D. BAILEY
                                           NEFF and MINNESOTA RENTALS, INC
12

13
   J:\Clients\137 [City of Brentwood]\006 [Bailey Neff]\Plead\Stipulation re Answer.wpd
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28