```
 1  PATRICK J. McMAHON (#059727)
    ALLAN C. MOORE (#087892)
 2  GAGEN, McCOY, McMAHON, KOSS,
    MARKOWITZ & RAINES
 3  279 Front Street
    P.O. Box 218
 4  Danville, CA  94526
    Telephone: (925) 837-0585
 5  Facsimile: (925) 838-5985

 6  Attorneys for Petitioners and Plaintiffs
    D. BAILEY NEFF and MINNESOTA RENTALS,
 7  INC.

 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BAILEY NEFF, MINNESOTA RENTALS, INC., <br><br> Petitioners and Plaintiffs, <br><br> vs. <br><br> CITY O BRENTWOOD, and DOES 1-XX, inclusive, <br><br> Respondents and Defendants. | No.: C 07-02907 MEJ <br><br> **SUBSTITUTION OF ATTORNEY FOR PETITIONERS AND PLAINTIFFS D. BAILEY NEFF and MINNESOTA RENTALS, INC.** <br><br> Action File: May 7, 2007 <br> Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Petitioners and Plaintiffs D. BAILEY NEFF and MINNESOTA RENTALS, INC. hereby substitute Patrick J. McMahon of Gagen, McCoy, McMahon, Koss, Markowitz & Raines, 279 Front Street, Danville, CA 94526, as counsel of record in place and stead of Daniel A. Muller of Morgan Miller Blair, 1331 N. California Blvd., Suite 200, Walnut Creek, CA 94596.

///

///

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 1 -
SUBSTITUTION OF ATTORNEYS
F: CLACM 38475 Substitution of Attorneys.doc

1       I, D. BAILEY NEFF, hereby agree and consent to this substitution.

2   Dated: July 20, 2007

3                                                            D. BAILEY NEFF

5       I, D. BAILEY NEFF, Owner of MINNESOTA RENTALS, INC. hereby agree and consent to this substitution.

7   Dated: July 20, 2007

                                                  MINNESOTA RENTALS, INC.

                                                  By: _____
                                                        D. BAILEY NEFF
                                                        Owner

    I agree to and accept the above substitution of counsel.

Dated: July 23, 2007

                                                  GAGEN, McCOY, McMAHON, KOSS,
                                                  MARKOWITZ & RAINES

                                                  By: _____
                                                        PATRICK J. McMAHON

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585