Dated: July 24, 2007

1  PATRICK J. McMAHON (#059727)
   ALLAN C. MOORE (#087892)
2  GAGEN, McCOY, McMAHON, KOSS,
   MARKOWITZ & RAINES
3  279 Front Street
   P.O. Box 218
4  Danville, CA  94526
   Telephone: (925) 837-0585
5  Facsimile: (925) 838-5985

6  Attorneys for Petitioners and Plaintiffs
   D. BAILEY NEFF and MINNESOTA RENTALS,
7  INC.

*IT IS SO ORDERED*
*[signature] Judge Maxine M. Chesney*

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | D. BAILEY NEFF, MINNESOTA RENTALS, | No.: C 07-02907 MEJ
   | INC.,                               |
13 |                                     | SUBSTITUTION OF ATTORNEY
   |     Petitioners and Plaintiffs,     | FOR PETITIONERS AND
14 |                                     | PLAINTIFFS D. BAILEY NEFF and
   |     vs.                             | MINNESOTA RENTALS, INC.
15 |                                     |
   | CITY O BRENTWOOD, and DOES 1-XX,    |
16 | inclusive,                          |
   |                                     | Action File: May 7, 2007
17 |     Respondents and Defendants.     | Trial Date: None Set
18 |_____/

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         NOTICE IS HEREBY GIVEN that Petitioners and Plaintiffs D. BAILEY NEFF

21  and MINNESOTA RENTALS, INC. hereby substitute Patrick J. McMahon of Gagen,

22  McCoy, McMahon, Koss, Markowitz & Raines, 279 Front Street, Danville, CA 94526, as

23  counsel of record in place and stead of Daniel A. Muller of Morgan Miller Blair, 1331 N.

24  California Blvd., Suite 200, Walnut Creek, CA 94596.

25  ///

26  ///

27

28

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 1 -
SUBSTITUTION OF ATTORNEYS
F: CLACM 38475 Substitution of Attorneys.doc

1  I, D. BAILEY NEFF, hereby agree and consent to this substitution.

2  Dated: July 20, 2007

3       *D. Bailey Neff* (signature)
4       D. BAILEY NEFF

5

6  I, D. BAILEY NEFF, Owner of MINNESOTA RENTALS, INC. hereby agree and consent to this substitution.

7  Dated: July 20, 2007

8
9       MINNESOTA RENTALS, INC.

10      By: *D. Bailey Neff* (signature)
11      D. BAILEY NEFF
        Owner

12
13  I agree to and accept the above substitution of counsel.

    Dated: July 23, 2007

14      GAGEN, McCOY, McMAHON, KOSS,
15      MARKOWITZ & RAINES

16      By: (signature)
        PATRICK J. McMAHON
17

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 2 -
SUBSTITUTION OF ATTORNEYS
F: CLACM 38475 Substitution of Attorneys.doc