1  Damien Brower, SBN: 171119
   City Attorney
2  CITY OF BRENTWOOD
   708 Third Street
3  Brentwood, CA 94513
   Telephone:   (925) 516-5440
4  Facsimile:   (925) 516-5441
   dbrower@ci.brentwood.ca.us
5
   Rick W. Jarvis, SBN: 154479
6  Benjamin P. Fay, SBN: 178856
   JARVIS, FAY & DOPORTO, LLP
7  475 - 14th Street, Suite 260
   Oakland, CA 94612
8  Telephone:   (510) 238-1400
   Facsimile:   (510) 238-1404
9  rjarvis@jarvisfay.com
   bfay@jarvisfay.com
10
   Attorneys for Respondent and Defendant
11 CITY OF BRENTWOOD

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BAILEY NEFF, MINNESOTA RENTALS, INC., | CASE NO:   C 07-02907 MMC |
| Petitioners and Plaintiffs, | **NOTICE REGARDING PENDING SETTLEMENT NEGOTIATIONS** |
| v. | |
| CITY OF BRENTWOOD, and DOES I-XX, | Action Filed: May 7, 2007 |
| Respondents and Defendants. | Trial Date: None Set |

NOTICE IS HEREBY GIVEN that Petitioner Bailey Neff has notified Respondent City of Brentwood ("City") that it intends to dismiss the pending action. The parties are currently negotiating a settlement agreement addressing costs. Mr. Neff and City staff have agreed to deal points, and those

/ / /

/ / /

/ / /

---

Notice Regarding Pending Settlement Negotiations                                                CASE NO:   C 07-02907 MMC

1  deal points will be brought to the City Council for its consideration at its August 28, 2007 meeting.
2  Thus, the parties have not stipulated to another ADR process at this time.
3
4  Dated: August 23, 2007                    JARVIS, FAY & DOPORTO, LLP
5
6                                             By:    /s/Rick W. Jarvis
                                                      Rick W. Jarvis
7                                             Attorneys for Respondent and Defendant
                                               CITY OF BRENTWOOD
8
   J:\Clients\137 [City of Brentwood]\006 [Bailey Neff]\Plead\Notice Regarding Pending Settlement Negotiations.wpd
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28