PATRICK J. McMAHON (#059727)
ALLAN C. MOORE (#087892)
GAGEN, McCOY, McMAHON, KOSS,
MARKOWITZ & RAINES
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Petitioners and Plaintiffs
D. BAILEY NEFF and MINNESOTA RENTALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BAILEY NEFF, MINNESOTA RENTALS, INC., <br><br> Petitioners and Plaintiffs, <br><br> vs. <br><br> CITY OF BRENTWOOD, and DOES 1-XX, inclusive, <br><br> Respondents and Defendants. | No.: C 07-02907 MEJ <br><br> **STIPULATION OF DISMISSAL** <br><br> Action File: May 7, 2007 <br> Trial Date: None Set |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 12, 2007        GAGEN, McCOY, McMAHON, KOSS,
                                  MARKOWITZ & RAINES

                                  By: _____
                                      PATRICK J. McMAHON
                                      Attorneys for Plaintiffs

Dated: September 12, 2007        JARVIS FAY & DOPORTO, LLP

                                  By: _____
                                      RICK W. JARVIS
                                      Attorneys for Defendant

- 0 -
STIPULATION OF DISMISSAL

F:\CLACM\38475\Stipulation of Dismissal.doc

Law Offices of
GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585